IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BRYAN D.,

        Plaintiff,

v.                                                   CIVIL ACTION NO. 2:24-cv-00667

FRANK BISIGNANO
Commissioner of Social Security,

        Defendant.

**ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On January 12, 2026, Judge Tinsley submitted his Proposed Findings & Recommendation ("PF&R") [ECF No. 12] and recommended that the court GRANT the claimant's request for remand [ECF No. 9], DENY the Commissioner's request to affirm the decision below [ECF No. 10], REVERSE the Commissioner's final decision, and REMAND this matter back to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Neither party filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard,

the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn,* 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court accepts and incorporates herein the PF&R and orders judgment consistent therewith. The court **GRANTS** the claimant's request for remand [ECF No. 8], **DENIES** the Commissioner's request to affirm the decision below [ECF No. 10], **REVERSES** the final decision of the Commissioner, **REMANDS** this action pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, and **DISMISSES** this action from the docket of the court.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:    January 30, 2026

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE